EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Juan A. Morales Lozada | 2011 TSPR 85 <br><br> 181 DPR ____ |

Número del Caso: TS-10,000

Fecha: 29 de abril de 2011

Abogado del Peticionario:

      Lcdo. Julio César Blain León

Materia: Reinstalación al Ejercicio de la Abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Juan A. Morales Lozada

TS-10,000

RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de abril de 2011.

Examinada la *Moción en Cumplimiento de Orden,* se reinstala al licenciado Juan A. Morales Lozada al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada Señora Rodríguez Rodríguez no interviene.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo